**Clay Simpson**
**The Wright Law Firm**
**513 East 17th St.**
**Cheyenne, WY 82001**
**Telephone: (307) 634-6111**
**E-Mail: clay@wrightslawfirm.com**
**Wyoming Bar No.: 8-7091**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-CR-174-KHR |
| ) | |
| DAVID TYLER REGNIER, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW**, Clay Simpson of The Wright Law Firm, who is a member in good standing of the Wyoming State Bar and of this Court, and hereby enters his appearance for the Defendant, David Tyler Regnier, in the above-referenced case.

**DATED**: May 19, 2025.

                                                           */s/* Clay Simpson
                                                           Clay Simpson WSB # 8-7091
                                                           *Attorney for the Defendant*
                                                           The Wright Law Firm
                                                           513 East 17th Street
                                                           Cheyenne, WY 82001
                                                           Telephone: (307) 634-6111
                                                           Email: clay@wrightslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I hand delivered the foregoing ***Entry of Appearance*** to the following addresses:

United States Attorney's Office
District of Wyoming
J.C. O'Mahoney Courthouse
2120 Capitol Avenue, Suite 4000
Cheyenne, WY 82001

/s/ Clay Simpson
Clay Simpson
